UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:17-cr-311-T-17JSS

JIMMY TEJERA

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Indictment which
charges him with being a convicted felon in possession of assets, in violation
of 18 U.S.C. § 922(g)(1), and the Court adjudged him guilty of the offense.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C.
§ 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for
a Preliminary Order of Forfeiture for (1) a Taurus pistol with magazine, serial
number TJ034788, (2) Winchester ammunition, (3) Speer ammunition, and
(4) Aguila ammunition.

The United States has established the required connection between the
crime of conviction and the assets. Because the United States is entitled to
forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. §
924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of
Criminal Procedure, the assets described above are FORFEITED to the

United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 23 day of February, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record