UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:17-cr-311-T-17JSS

JIMMY TEJERA

## FINAL ORDER OF FORFEITURE

The United States moves, pursuant to 21 U.S.C. § 853(n)(7) and Rule
32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Order of
Forfeiture for (1) Winchester ammunition, (2) Speer ammunition, and (3)
Aguila ammunition.

On February 23, 2018, the Court entered a Preliminary Order of
Forfeiture for the ammunition described above, pursuant to 18 U.S.C. §
924(d)(1) and 28 U.S.C. § 2461(c).   Doc. 32.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule
32.2(b)(6)(C), the United States published notice of the forfeiture and of its
intent to dispose of the ammunition on the official government website,
www.forfeiture.gov, from February 24, 2018 through March 25, 2018.   Doc.
33.   The publication gave notice to all third parties with a legal interest in the
ammunition to file with the Office of the Clerk, United States District Court,
Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801

North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the ammunition identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the ammunition is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 22 day of MAY , 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

2